JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR RECIO,<br>　　　Petitioner<br>　　v.<br>C. TAMPKINS,<br>　　　Respondent. | Case No. CV 14-9124-DOC (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: October 29, 2015

*/s/ David O. Carter*
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE